IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CHOCTAW NATION OF OKLAHOMA, JONES ACADEMY FOUNDATION, <br><br> Plaintiffs-Appellant, <br><br> v. <br><br> TOM VILSACK, Secretary, United States Department of Agriculture, <br><br> Defendant-Appelee <br><br> GEORGE B. KEEPSEAGLE, et al., <br><br> Plaintiffs-Appellees. | No. 15-5011 |

## CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's Order of January 23, 2015, Class Counsel for the Plaintiffs-Appellees certify as follows:

**A. Parties**

Plaintiffs-Appellants are the Choctaw Nation of Oklahoma and its Jones Academy Foundation, who filed a motion to intervene in response to a motion to modify said Settlement Agreement after final judgment in the action.

Plaintiffs-Appellees are named plaintiffs who represent the class certified by the district court in this action.

Defendant-Appellee is Thomas J. Vilsack, in his official capacity as the Secretary of the U.S. Department of Agriculture.

1970046.1

**B. Rulings Under Review**

Appellants appeal from the order issued on November 7, 2014 by the Honorable Emmet G. Sullivan (Civ. No. 99-03119), USCA Case #15-5011 denying Appellants' motion to intervene for the limited purpose of opposing the plaintiffs' motion to modify the cy pres provisions of the settlement agreement. *See* Memorandum Order Denying the Renewed Motions to Intervene Filed by the Choctaw Nation of Oklahoma [and Great Plains Claimants], Nov. 7, 2014, *Marilyn Keepseagle, et al. v. Thomas Vilsack, Secretary, U.S. Department of Agriculture*, 1:99-cv-03119-EGS (Sullivan, J.)

**C. Related Cases**

A separate appeal of a prior order issued by district court in this action is pending before this Court in Case No. 14-5223. The plaintiff-appellant in that case, Timothy LaBatte, seeks to intervene in order to obtain a review of his claim made pursuant to the original settlement agreement, which was denied under a process for which the district court held there is no review or appeal beyond the neutral claim arbitrator. Mr. LaBatte's motion to intervene was denied in district court on the grounds that the district court lacked jurisdiction. The government has filed a motion for summary affirmance in the appeal before this Court, which is currently pending.

February 23, 2015               Respectfully submitted,

*/s/Joseph M. Sellers*
JOSEPH M. SELLERS (#30022)
CHRISTINE WEBBER (#439368)
PETER ROMER-FRIEDMAN
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, D.C. 20005
(p)  (202) 408-4600
(fax) 202-408-4699
jsellers@cohenmilstein.com

*Attorneys for Class Counsel*

1970046.1

# CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of February, 2015, I electronically filed the foregoing CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Service was accomplished on registered counsel through the CM/ECF system and by postage paid first-class U.S. mail to the following address:

Timothy LaBatte
13185 462nd Avenue
Peever, SD 57257

Katherine Twomey Allen
United States Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7325
Washington, DC 20530-0001

      /s/ Joseph M. Sellers
      JOSEPH M. SELLERS

1970046.1